No. 99–5559. Brown v. Davis et al. C. A. 5th Cir. Certiorari denied.

No. 99–5563. Melendez v. Arizona Department of Economic Security et al. Ct. App. Ariz. Certiorari denied.

No. 99–5565. Taylor v. Wall et al. C. A. 4th Cir. Certiorari denied.

No. 99–5568. Buchanan v. Birnie et al. Ct. App. S. C. Certiorari denied.

No. 99–5569. Carter v. Hernandez, Clerk, District Court of New Mexico, Lea County, et al. Sup. Ct. N. M. Certiorari denied.

No. 99–5573. Green v. Cumberland et al. C. A. 6th Cir. Certiorari denied.

No. 99–5575. Flynn v. Thomas et al. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 99–5581. Coleman v. Tennessee. Ct. Crim. App. Tenn. Certiorari denied.

No. 99–5583. Barker v. Florida Parole Commission et al. Sup. Ct. Fla. Certiorari denied.

No. 99–5584. Brown v. Johnson, Director, Texas Department of Criminal Justice, Institutional Division. C. A. 5th Cir. Certiorari denied.

No. 99–5585. Pirtle v. Ohio. Ct. App. Ohio, Franklin County. Certiorari denied.

No. 99–5590. Rabb v. West Virginia. Sup. Ct. App. W. Va. Certiorari denied.

No. 99–5606. Taylor v. Veigas et al. C. A. 11th Cir. Certiorari denied.

No. 99–5607. Cruthird v. Texas. Ct. App. Tex., 3d Dist. Certiorari denied.